UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Vincent C. Daniels**
        Plaintiff

    V.

**Raymours Furniture Company, Inc.**
        Defendant

CIVIL ACTION

NO.   13-11551 -MLW

## ORDER OF DISMISSAL

**WOLF D. J.**

In accordance with the Court's MEMORANDUM & ORDER dated 3/31/2014, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

April 7, 2014          /s/ Daniel C. Hohler    Date
                                                       Deputy Clerk

(dismiss order3.wpd - 12/98)